RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/10/13
    JDB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVIN HANKS,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:13-CV-02999 |
| VERSUS | |
| TIM KEITH, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for a Temporary Restraining Order (DOC. #1) is GRANTED. Defendants are ORDERED to place Hanks in a true protective custody which does not allow the inmates from whom he is to be protected, or their associates, access to him at any time.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 10TH day of DECEMBER 2013.

Dee D. Drell
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 12-10-13
BY: JDB
TO: Brunet via email & mail
    Keith & Horne via fax & email