RECEIVED

NOV 1 2 2014

TONY A. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

DAVIN HANKS                          CIVIL ACTION NO.: 1:13-cv-02999

VERSUS

                                     JUDGE TOM STAGG
TIM KEITH, et al.                    MAGISTRATE JUDGE JAMES D. KIRK

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' motion for summary judgment, including their "motion to dismiss Hanks' IFP status" (Doc. 24) is DENIED.

THUS DONE AND SIGNED at Shreveport, Louisiana on this 12th day of November, 2014.

                                          TOM STAGG
                                     UNITED STATES DISTRICT JUDGE