UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVIN HANKS,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:13-CV-02999 |
| VERSUS | |
| TIM KEITH, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Hanks' request for a TRO or preliminary injunction (Doc. 41) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of April 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE