U.S. DISTRICT COURT
ESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 3 0 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DAVIN HANKS,                   CIVIL ACTION
    Plaintiff                 SECTION "P"
                               NO. 1:13-CV-02999
VERSUS

TIM KEITH, et al.,             JUDGE JAMES T. TRIMBLE
    Defendants              MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that LeBlanc's motion to dismiss (Doc. 57) is GRANTED IN PART as to Hanks' claims against LeBlanc in his official capacity, GRANTED IN PART as to Hanks' claims against LeBlanc in his individual capacity for compensatory damages, and DENIED IN PART as to Hanks' claims against LeBlanc in his individual capacity for punitive or nominal damages.

The Court determines that there is no just reason for delay and hereby directs entry of final judgment under rule 54(b) of the Federal Rules of Civil Procedure.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of September 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE