RECEIVED
NOV 28 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVIN HANKS | CIVIL ACTION NO. 1:13-CV-02999 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| TIM KEITH, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 86), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' motion for summary judgment (Doc. 78) is GRANTED as to Hank's claims against Walker and Horne for failure to investigate, and that Hanks' claims against Walker and Horne for "failure to investigate" is DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment (Doc. 78) is GRANTED as to Hanks's claims for compensatory damages for the urine-throwing incidents of October 2014 and April 15, 2015, and for the small scratch he received in the October 2013 inmate assault. Defendants' motion for summary judgment (Doc. 78) is DENIED as to Hanks's claims for nominal and punitive damages for those incidents.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment (Doc. 78) on Hanks's claim for failure to protect him from sexual assault by other inmates on April 23, 2015 is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 28th day of November 2016.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE